Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**
   *Check one:*
   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Alkaline 88, LLC

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ■ Unknown
   _____ EIN

5. **Debtor's address**

   **Principal place of business**
   8541 E. Anderson Drive, Suite 100
   Number        Street

   Scottsdale AZ 85255-0000
   City          State     Zip Code

   Maricopa
   County

   **Mailing address, if different**
   Number        Street

   P.O. Box

   City          State     Zip Code

   **Location of principal assets, if different from principal place of business**
   Number        Street

   City          State     Zip Code

6. **Debtor's website** (URL)   thealkalinewaterco.com

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify:

8. **Type of debtor's business**   *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor  **Alkaline 88, LLC**  Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ■ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

  Debtor _____ Relationship _____
  District _____ Date filed _____ (MM/DD/YYYY) Case number, if known _____

## Part 3: Report About the Case

**10. Venue** *Check one:*

- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Orangedale, LLC** | **Transportation services rendered** | $**1206443.54** |
|  |  | $ |
|  |  | $ |
| **Fest Logistics Co.** | **Warehouse services rendered** | $**140000** |
|  |  | $ |
|  |  | $ |
| **White Water II, LLC** | **Manufacturing and warehouse services rendered** | $**117500** |
|  |  | $ |
|  |  | $ |
| **48forty Solutions LLC** | **Pallet services rendered** | $**182000** |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $**1645943.54** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or

| Debtor | Alkaline 88, LLC | Case number (if known) | |
|---|---|---|---|

representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**Orangedale, LLC**
Name

**3370 N. Hayden Road, Suite 282**
Number    Street
**Scottsdale AZ 85251-0000**
City                State      Zip Code

**Name and mailing address of petitioner's representative, if any**
**Jason Dembow, President**
Name

**3370 N. Hayden Road, Suite 282**
Number    Street
**Scottsdale AZ 85257-0000**
City                State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **December 11, 2023**
              MM / DD / YYYY

**/s/ Jason Dembow, President**
Signature of petitioner or representative, including representative's title

**Randy Nussbaum**
Printed name

**Sacks Tierney P.A.**
Firm name, if any
**4250 N. Drinkwater Blvd., 4th Floor**
Number    Street
**Scottsdale AZ 85251-0000**
City                State      Zip Code
Contact phone   **480-425-2600**   Email **Randy.Nussbaum@SacksTierney.com**

Bar number   **006417**

State        **AZ**

**/s/ Randy Nussbaum**
Signature of attorney
Date signed   **December 11, 2023**
              MM / DD / YYYY

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**Fest Logistics Co.**
Name

**4330 E. 26th Street**
Number    Street
**Vernon CA 90058-0000**
City                State      Zip Code

**Name and mailing address of petitioner's representative, if any**
**Wayne Mah, Director**
Name

**4330 E. 26th Street**
Number    Street
**Los Angeles CA 90058-0000**
City                State      Zip Code

**Randy Nussbaum**
Printed name

**Sacks Tierney P.A.**
Firm name, if any
**4250 N. Drinkwater Blvd., 4th Floor**
Number    Street
**Scottsdale AZ 85251-0000**
City                State      Zip Code
Contact phone   **480-425-2600**   Email **Randy.Nussbaum@SacksTierney.com**

Bar number   **006417**

State        **AZ**

| Debtor | **Alkaline 88, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **December 11, 2023**
MM / DD / YYYY

**/s/ Randy Nussbaum**
Signature of attorney
Date signed **December 11, 2023**
MM / DD / YYYY

**/s/ Wayne Mah, Director**
Signature of petitioner or representative, including representative's title

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**White Water II, LLC**
Name

**301 S. 29th Street**
Number    Street
**Phoenix AZ 85034-0000**
City             State        Zip Code

**Name and mailing address of petitioner's representative, if any**
**Chris White, President**
Name

**301 S. 29th Street**
Number    Street
**Phoenix AZ 85034-0000**
City             State        Zip Code

**Randy Nussbaum**
Printed name

**Sacks Tierney P.A.**
Firm name, if any
**4250 N. Drinkwater Blvd., 4th Floor**
Number    Street
**Scottsdale AZ 85251-0000**
City             State        Zip Code
Contact phone **480-425-2600**   Email **Randy.Nussbaum@SacksTierney.com**

Bar number **006417**

State **AZ**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **December 11, 2023**
MM / DD / YYYY

**/s/ Randy Nussbaum**
Signature of attorney
Date signed **December 11, 2023**
MM / DD / YYYY

**/s/ Chris White, President**
Signature of petitioner or representative, including representative's title

---

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**48forty Solutions LLC**
Name

**11740 Katy Fwy, Suite 1200**
Number    Street
**Houston TX 77079-0000**
City             State        Zip Code

**Name and mailing address of petitioner's representative, if any**
**Matt Hunt, General Counsel**
Name

**11740 Katy Fwy, Suite 1200**
Number    Street
**Houston TX 77079-0000**
City             State        Zip Code

**Randy Nussbaum**
Printed name

**Sacks Tierney P.A.**
Firm name, if any
**4250 N. Drinkwater Blvd., 4th Floor**
Number    Street
**Scottsdale AZ 85251-0000**
City             State        Zip Code
Contact phone **480-425-2600**   Email **Randy.Nussbaum@SacksTierney.com**

Bar number **006417**

State **AZ**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **December 11,**

**/s/ Randy Nussbaum**

| Debtor | **Alkaline 88, LLC** | Case number *(if known)* | |
|---|---|---|---|

**2023**
MM / DD / YYYY

Signature of attorney
Date signed **December 11, 2023**
MM / DD / YYYY

**/s/ Matt Hunt, General Counsel**
Signature of petitioner or representative, including representative's title