**Guttilla Murphy Anderson**
Ryan W. Anderson (Ariz. No. 020974)
Shawn A. McCabe (Ariz. No. 032402)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: randerson@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Anthony H. Mason, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Alkaline 88, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:23-bk-08867-MCW<br><br>**NOTICE OF NON-APPEARANCE OF CLEAN BOTTLING INC. FOR BANKRUPTCY RULE 2004 EXAMINATION** |

**NOTICE IS HEREBY GIVEN** that, Anthony H. Mason, Chapter 7 Trustee ("Trustee"), scheduled a Bankruptcy Rule 2004 examination of Clean Bottling Inc. for **March 21, 2024 at 10:00 a.m.** at the offices of Guttilla Murphy Anderson, P.C. attorneys for Trustee, at 5415 E. High Street, Suite 200, Phoenix, Arizona 85054 for examination of the officer, director, or managing agent or through another person who consents to testify on behalf Clean Bottling Inc., as designated by Clean Bottling Inc. (the "Designee"). *See Order Granting Trustee's Motion for Bankruptcy Rule 2004 Examination and Production of Documents by Clean Bottling Inc.* (Doc 29) ("Exam Order") and *Trustee's Notice of Bankruptcy Rule 2004 Examination and Production of Documents by Clean Bottling Inc.* (Doc 32). ("Exam Notice").

**NOTICE IS FURTHER GIVEN** that the Exam Order and Exam Notice were served by mail on Clean Bottling Inc. on February 20, 2024 and a copy of these documents were sent by email to info@cleanbottling.com on the same date.

**NOTICE IS FURTHER GIVEN** that Clean Bottling Inc.'s counsel, Chris Barski, who recently appeared in the case, was aware of the 2004 examination date and the document production deadline.

**NOTICE IS FURTHER GIVEN** that a Designee of Clean Bottling Inc. did not produce the documents requested by the Trustee or appear for the 2004 Examination scheduled for March 21, 2024.

Respectfully submitted this 21st day of March, 2024.

GUTTILLA MURPHY ANDERSON, P.C.

*/s/ Ryan W. Anderson*
Ryan W. Anderson
Attorneys for the Chapter 7 Trustee

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Copy of the foregoing emailed if marked with an "*" or otherwise mailed on March 21, 2024, to:

Alkaline 88, LLC
8541 E Anderson Drive, Suite 100
Scottsdale, AZ  85255
*Debtor Pro Se*

Randy Nussbaum
James S. Samuelson
Sacks Tierney P.A.
4250 North Drinkwater Blvd., Fourth Floor
Scottsdale, Arizona 85251-3647
Email: randy.nussbaum@sackstierney.com
Email: james.samuelson@sackstierney.com
*Attorney for Petitioning Creditors**

Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie  LLP
One Sourth Church Ave., Suite 200
Tucson, Arizona 85701-1611
Email: rcharles@lewisroca.com
*Attorneys for eCapital Healthcare Corp.**

Chris D. Barski, Esq.
Barski Law PLC
9332 N. 95th Way, Suite 109
Scottsdale, Arizona 85258
Email: cbarski@barskilaw.com
*Attorneys for Clean Bottling Inc.**

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

*/s/ Louis A Lofredo*

3653-001 (533987)