SO ORDERED.

Dated: March 29, 2024



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In Re:

ALKALINE 88, LLC,

    Debtor.

No. 2:23-bk-08867-MCW

Involuntary Chapter 7

**ORDER GRANTING MOTION FOR ABANDONMENT**

The Court having considered the *Motion for Abandonment,* filed by Petitioning Creditor Fest Logistics Company, and good cause appearing,

**IT IS HEREBY ORDERED** granting the abandonment of Debtor's interest in the Inventory under 11 U.S.C. § 554.

**DATED AND SIGNED ABOVE**